Thomas A. Banducci (ISB 2453)
Jon T. Simmons (ISB 5006)
Ashton G. Ruff (ISB 12220)
**KIRTON MCCONKIE**
1100 W. Idaho St., Ste. 930
Boise, ID 83702
Telephone: (208) 370-3325
Facsimile: (208) 370-3324
tbanducci@kmclaw.com
jsimmons@kmclaw.com
aruff@kmclaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNION BLOCK ASSOCIATES LLC, and KENNETH G. HOWELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TIM KEANE, an individual, CARL MADSEN, an individual, and the CITY OF BOISE, and DOES I through X,<br><br>Defendants. | Case No. 1:24-cv-00038-CWD<br><br>**UNION BLOCK ASSOCIATES LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Union Block Associates LLC submits the following information:

1. Union Block Associates LLC is a limited liability company organized and existing under the laws of the state of Idaho.

///

///

///

UNION BLOCK ASSOCIATES LLC'S CORPORATE DISCLOSURE STATEMENT - 1

4888-8276-3179.v1

2.      Union Block Associates LLC has no parent corporation or publicly held corporation owning 10% or more of its membership shares.

DATED this 14th day of March, 2024.

**KIRTON MCCONKIE**

 /s/ Jon T. Simmons
Jon T. Simmons
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March, 2024, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic filing.

- **Reid Kermit Peterson**
  reid@naylorhales.com,trish@naylorhales.com,kim@naylorhales.com
- **Tyler D Williams**
  tdw@naylorhales.com,trish@naylorhales.com,kim@naylorhales.com

 /s/ Jon T. Simmons
Jon T. Simmons