# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

CIVIL PROCEEDINGS: **Pending Motion(s) [docket(s) 30 & 35]**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **December 18, 2024** |
| Case No. 1:24-cv-00038-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 1:06 – 1:45 PM |

### UNION BLOCK ASSOCIATES LLC et al v. KEANE et al

| | |
|---|---|
| Counsel for Plaintiff: | Jon Simmons & Tom Banducci (arguing); Kenneth Howell (plaintiff at counsel table) |
| Counsel for Defendant: | Reid Peterson (arguing), Tyler Williams, & Erik Guerra |

(X) After hearing argument, the Court took the matter under advisement with a written decision to be forthcoming.