Thomas A. Banducci (ISB 2453)
Jon T. Simmons (ISB 5006)
Christine R. Arnold (ISB 10994)
Ashton G. Ruff (ISB 12220)
**KIRTON MCCONKIE**
1100 W. Idaho St., Ste. 930
Boise, ID 83702
Telephone:  (208) 370-3325
Facsimile:  (208) 370-3324
tbanducci@kmclaw.com
jsimmons@kmclaw.com
carnold@kmclaw.com
aruff@kmclaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNION BLOCK ASSOCIATES LLC, and KENNETH G. HOWELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TIM KEANE, an individual, CARL MADSEN, an individual, and the CITY OF BOISE, and DOES I through X,<br><br>Defendants. | Case No. 1:24-cv-00038-DCN<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [Dkt. 30]** |

The Plaintiffs, Union Block Associates, LLC, and Kenneth G. Howell, hereby give notice of the withdrawal of their pending Motion for Partial Summary Judgment (Dkt. 30).  Plaintiffs state that in light of the current status of the matter, with the parties having been directed to meet, confer and cooperate with respect to an inspection, exchange of information, and identification of dangerous conditions within the Union Block Building, the performance of work related to any such conditions, the parties would be best served in focusing their efforts toward those areas and

a potential practical resolution of significant issues in the case. In addition, in its Memorandum Decision and Order (Dkt. 55), the Court identified certain factual areas that relate to their Motion for Partial Summary Judgment, the full resolution of which Plaintiffs' believe would be aided by additional discovery. At present, Plaintiffs' intention is that absent a resolution of the case, they will supplement the record with additional facts developed in deposition discovery and will refile a supplemental motion for summary judgment based upon the same. Consistent with the foregoing, the undersigned contacted counsel for the Defendants and notified them of the Plaintiffs' intention to file this Notice of Withdrawal.

DATED this 11th day of February, 2025.

**KIRTON MCCONKIE**

 */s/ Thomas A. Banducci*
Thomas A. Banducci
*Attorneys for Plaintiffs*

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [Dkt. 30] - 2

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 11th day of February, 2025, I electronically filed the foregoing document through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Reid Kermit Peterson**
  reid@naylorhales.com,trish@naylorhales.com,kim@naylorhales.com
- **Tyler D Williams**
  tdw@naylorhales.com,trish@naylorhales.com,kim@naylorhales.com

and any others as listed on the Court's ECF Notice.

                */s/ Thomas A. Banducci*
                Thomas A. Banducci