Tyler D. Williams    [ISB No. 8512]
Reid K. Peterson    [ISB No. 10091]
NAYLOR & HALES, P.C.
Attorneys at Law
999 W. Main Street, Suite 500
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email tdw@naylorhales.com; reid@naylorhales.com

Attorneys for Defendants Tim Keane, Carl Madsen, and City of Boise

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNION BLOCK ASSOCIATES, LLC, and KENNETH G. HOWELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TIM KEANE, an individual, CARL MADSEN, an individual, and the CITY OF BOISE, and DOES I through X,<br><br>Defendants. | Case No. 1:24-CV-00038-DCN<br><br>**STIPULATON TO AMEND SCHEDULING ORDER** |

The parties, through their counsel, stipulate and move the Court to amend the scheduling order (Dkts. 11, 15) and the preliminary injunction / TRO order (Dkt. 55) under FRCP 1 and FRCP 16(b)(4), for good cause as shown below:

On March 14, 2025, the City of Boise was prepared to conduct an inspection of the Union Block Building, pursuant to the Court's January 30, 2025 order granting in part and denying in part Plaintiffs' motions for preliminary injunction and temporary restraining order. (Dkt. 55). The inspection date was agreed upon by the parties' counsel and was planned to involve several representatives from each side, including individuals from out-of-town.

**STIPULATION TO AMEND SCHEDULING ORDER (DKT. 15) - 1.**

Unfortunately, prior to the inspection, defendant Carl Madsen passed away. The inspection therefore could not be accomplished as scheduled. The parties' counsel will need additional time to meet-and-confer to find an available date for the rescheduled inspection that will work for the several individuals involved who will be in attendance during the inspection. Mr. Madsen's passing and the need to reschedule the inspection also impacts the remaining discovery deadlines. The parties agree they will not be unfairly prejudiced by extending the case deadlines under these circumstances.

Accordingly, the parties stipulate to the following amended deadlines:

1. <u>Building Inspection</u>

The parties' attorneys will meet-and-confer regarding a new date and time when an inspection by the City of the Building can take place. The inspection will occur on or before: **June 16, 2025.** All other timeframes based on the inspection date in the Court's January 30 order (Dkt. 55) will remain the same.

2. <u>Completion of Fact Discovery</u>

All fact discovery must be completed by **October 14, 2025**.

3. <u>Disclosure of Experts</u>

**Plaintiffs** must disclose the experts intended to be called at trial on or before **August 15, 2025**.

**Defendants** must disclose the experts intended to be called at trial on or before **September 15, 2025.**

**Plaintiffs** must disclose rebuttal experts intended to be called at trial on or before **September 29, 2025.**

**ALL** discovery relevant to experts must be completed by: **October 14, 2025**.

**STIPULATION TO AMEND SCHEDULING ORDER (DKT. 15) - 2.**

4. <u>Dispositive Motion Deadline</u>

All dispositive motions must be filed by **November 13, 2025.**

DATED this 25th day of April, 2025.

| | |
|---|---|
| KIRTON MCCONKIE | NAYLOR & HALES, P.C. |
| By: */s/ Thomas A. Banducci* | By: */s/ Tyler D. Williams* |
| THOMAS A. BANDUCCI | TYLER D. WILLIAMS, Of the Firm |
| Attorneys for Plaintiffs | Attorneys for Defendants Tim Keane, Carl Madsen, and City of Boise |

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Thomas A. Banducci — tbanducci@kmclaw.com
Jon T. Simmons — jsimmons@kmclaw.com
Ashton G. Ruff — aruff@kmclaw.com
Christine R. Arnold — carnold@kmclaw.com
*Attorneys for Plaintiffs*

*/s/ Tyler D. Williams*
TYLER D. WILLIAMS

**STIPULATION TO AMEND SCHEDULING ORDER (DKT. 15) - 3.**